IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **NICHOLAS MARTIN** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-5485 |
| v. | ) | |
| | ) | |
| **TAXWORKS, INC. and H&R BLOCK, INC.,** | ) | Judge Norgle |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER AND/OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

Defendants, TaxWorks, Inc. and H&R Block, Inc. by and through their attorney, Martin B. Carroll of Fox, Hefter, Swibel, Levin & Carroll, LLP., and for their Motion for an Extension of Time to File an Answer and/or Responsive Pleading to Plaintiff's Complaint, state as follows:

1) This case arises out of a claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2) Fox, Hefter, Swibel, Levin & Carroll, LLP was recently retained as counsel for defendants and has not yet had sufficient time to review the allegations and the relevant documents pertaining to this issue.

3) The defendants respectfully request thirty (30) days to file an answer and/or responsive pleading to plaintiff's complaint.

4) Defendants' counsel spoke to counsel for plaintiff who indicated that he did not have an objection to said motion.

WHEREFORE, Defendants, TaxWorks, Inc. and H&R Block, Inc., respectfully request that this Honorable Court enter an order granting them thirty (30) days to file an answer and/or responsive pleading to plaintiff's complaint and for any further relief this Court deems just.

**TAXWORKS, INC. and H&R BLOCK, INC.**

By: /s/ Martin B. Carroll
One of Their Attorneys

Martin B. Carroll
Adam A. Hachikian
Tracy Katz Muhl
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
(312) 224-1200