**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **NICHOLAS MARTIN** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-5485 |
| v. | ) | |
| | ) | |
| **TAXWORKS, INC. and H&R BLOCK, INC.,** | ) | Judge Norgle |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective **September 1, 2012** our firm's name will change to:

**Fox, Swibel, Levin & Carroll, LLP**

Our offices remain located at 200 W. Madison, Suite 3000, Chicago, IL 60606. Please update your contact information to reflect our new domain, **fslc.com**, for our website and email addresses**.**

Respectfully submitted,

By:   /s/ Martin B. Carroll

Martin B. Carroll
Adam A. Hachikian
Tracy Katz Muhl
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
(312) 224-1200

## **Certificate of Service**

  I certify that on August 31, 2012, I caused this Notice of Law Firm Name Change to be filed with the Court's ECF system, a copy of which will be forwarded by the ECF system to all counsel of record.


            By:  /s/ Martin B. Carroll