IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) | 1:12-cv-5485 |
| Plaintiff, | ) ) | |
| | ) | Judge Norgle |
| v. | ) ) | Magistrate Judge Valdez |
| TAXWORKS, INC. and H&R BLOCK, INC. | ) | |
| Defendant. | ) ) | JURY DEMANDED |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF H&R BLOCK, INC. ONLY**

Based upon representations received from H&R Block, Inc. stating that it did not authorize, benefit or have anything to do with the telephone calls that constitute violations alleged in the complaint, plaintiff hereby voluntarily dismisses that defendant, only, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com