IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-5485 |
| | ) | |
| TAXWORKS, INC., | ) | Judge Norgle |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE

Under Local Rule 83.17, Defendant TaxWorks, Inc. ("TaxWorks") respectfully requests leave to file the additional appearance of Albert E. Hartmann of the law firm DLA Piper LLP (US) as counsel for TaxWorks in this action. In support of this motion, TaxWorks states as follows:

1. Lead counsel of record for TaxWorks is Martin B. Carroll of Fox, Swibel, Levin & Carroll, LLP.

2. TaxWorks has also retained Albert E. Hartmann of DLA Piper LLP (US) to represent it in this action. Albert E. Hartmann is a member of the Northern District of Illinois Trial Bar and is prepared to represent TaxWorks in this action.

3. Mr. Carroll will remain lead counsel and Mr. Hartmann's appearance will not prevent TaxWorks from meeting existing court deadlines or from proceeding in this case.

4. The requested appearance is not being sought for delay.

WHEREFORE, TaxWorks respectfully requests leave to file the additional appearance of Albert E. Hartmann of the law firm DLA Piper LLP (US) as counsel for TaxWorks in this action.

Date: September 14, 2012          Respectfully submitted,

**TAXWORKS, INC.**

By: /s/ Martin B. Carroll
One of Its Attorneys

Martin B. Carroll
Adam A. Hachikian
Fox, Swibel, Levin & Carroll, LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Telecopier: (312) 224-1201

## CERTIFICATE OF SERVICE

  I, Martin B. Carroll, an attorney, depose and state that on September \_\_\_\_, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                s/ Martin B. Carroll