**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>TAXWORKS, INC.,<br>    Defendant. | )<br>)  1:12-cv-5485<br>)<br>)  Judge Norgle<br>)  Magistrate Judge Valdez<br>)<br>)  JURY DEMANDED<br>)<br>) |

**PARTIES' JOINT STIPULATION REGARDING CLASS CERTIFICATION MOTION**

Recognizing that plaintiff has filed a motion for class certification the same day as the complaint in an attempt to prevent this putative class action from being mooted pursuant to *Damasco v. Clearwire Corp.*, 662 F.3d 891 (7th Cir. 2011), the parties wish to take the motion for class certification off the Court's docket to permit them time to do discovery.

Therefore, defendant agrees to provide plaintiff with seven days written notice before making an individual settlement offer or individual Rule 68 offer. This seven day period is intended to permit plaintiff to re-file the motion for class certification before such offer is made. Based upon this, plaintiff agrees to withdraw his class certification motion without prejudice.

The parties thus jointly and respectfully request that the Court enter an order withdrawing plaintiff's motion for class certification without prejudice, and vacate the briefing schedule set on September 20, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Alexander H. Burke (by permission)<br>Counsel for Plaintiff | /s/ Albert E. Hartmann |
| **BURKE LAW OFFICES, LLC** | DLA Piper LLP (US) |
| 155 N. Michigan Ave., Suite 9020<br>Chicago, IL 60601<br>(312) 729-5288<br>(312) 729-5289 (fax)<br>ABurke@BurkeLawLLC.com | 203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>312.368.2142 T<br>312.630.7317 F<br>albert.hartmann@dlapiper.com |

**CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

    /s/Albert E. Hartmann