ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Nicholas Martin

    Plaintiff(s)

v.

Tax Works, Inc.

    Defendant(s)

Case No. 12 cv 5485

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ _____ ,

which ☐ includes pre-judgment interest.
☐ does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: in favor of plaintiff Nicholas M. Martin and against Defendant Tax Wroks, Inc. Class counsel is entitled to an award of $74,992.50, and Plaintiff Nicholas Martin is entitled to an incentive fee of $20,000.

This action was (check one):

☐ tried by a jury with Judge Select a Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge Select a Judge without a jury and the above decision was reached.
☑ decided by Judge Maria Valdez on a motion for Approval of Class Action and fees.

Date: 12/19/2014

Thomas G. Bruton, Clerk of Court

/s/ Lisa K. Provine _____ ,Deputy Clerk